Frederick W. Grapperhaus and Reginald C. Russell,
trading as Grapperhaus, Russell & Company, Appel-
lants, v. John M. Taylor, Appellee.

### Gen. No. 20,649.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. JOHN R.
CAVERLY, Judge, presiding. Heard in the Branch Appellate Court at
the October term, 1914. Affirmed. Opinion filed October 6, 1915.

### Statement of the Case.

Action brought in the Municipal Court of Chicago
by Frederick W. Grapperhaus and Reginald C. Russell,

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.

partners trading as Grapperhaus, Russell & Company, against John M. Taylor for real estate commissions claimed to be due from defendant in bringing about an exchange of properties between the defendant and one Nicholas Hunt. On the trial below the jury returned a verdict in favor of the defendant, upon which the court entered judgment, to reverse which plaintiff has prosecuted this appeal.

ASHCRAFT & ASHCRAFT, for appellants; CHARLES F. RATHBUN, of counsel.

C. D. LEE, for appellee.

MR. JUSTICE PAM delivered the opinion of the court.

## Abstract of the Decision.

1. BROKERS, § 93*—*what is question of fact in action for compensation.* The question whether a real estate broker was the procuring cause in bringing about a transfer of property is a question of fact for the jury.

2. APPEAL AND ERROR, § 1411*—*when finding of jury not disturbed on appeal.* A finding of the jury will not be disturbed on appeal unless clearly and manifestly against the weight of the evidence.

3. BROKERS, § 29*—*what broker is entitled to compensation.* Where an owner of property employs several real estate brokers to sell such property, the broker whose efforts actually bring about the sale is the broker who is entitled to the commission.